FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 5 2014

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL ACTION |
| | : NO. 1:13-CR-385-JEC |
| JOSE EDGARDO ARRIOZA-MELENDEZ | : |
| Defendant. | : |

### REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY[1]

The Defendant, Jose Edgardo Arrioza-Melendez ("Defendant"), by consent, has appeared before the undersigned United States Magistrate Judge and has entered a plea of guilty to the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I have determined that the guilty plea was knowing and voluntary, and that the plea to the offense charged is supported by an independent basis in fact establishing each of the essential elements of the offense.

It is, therefore, **RECOMMENDED** that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**IT IS SO RECOMMENDED** this 4th day of June, 2014.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Failure to file written objections to this Report and Recommendation within **FOURTEEN (14) DAYS** after service of a copy of this Report and Recommendation shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

AO 72A
(Rev.8/82)