IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSE EDGARDO ARRIOZA-MELENDEZ,<br><br>    Defendant. | CRIMINAL CASE NO.<br><br>1:13-cr-385-04-JEC-LTW |

**ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [96] recommending accepting defendant's plea of guilty tendered on June 4, 2014. No objections to the Report and Recommendation [96] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [96] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

SO ORDERED this 19th day of June, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)